CV 23-3615



ORIGINAL
KOVNER, J
LEVY, M.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Jillbett Sadigh

_____

_____

*(Write the full name of each plaintiff who is filing this
complaint. If the names of all the plaintiffs cannot fit in
the space above, please write "see attached" in the space
and attach an additional page with the full list of names.)*

-against-

ANita TOrbatiaN, DaNiel
Millman, IloNa Masheyeva,
(Svetlana) Helga Schmid
(See Attached)

*(Write the full name of each defendant who is being sued.
If the names of all the defendants cannot fit in the space
above, please write "see attached" in the space and attach
an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☑ No
              *(check one)*

RECEIVED
MAY 15 2023
PRO SE OFFICE

(1.)

## DeFeNDANts

I got Dodon, David Radelescu, Eduard PiNKhaSoV,
Mehrdad Sadigh, Matthew BogdaNos, Setgei shoigu.
STrategic missle troops, RUSSiAN INtelligence Agencies,
RUSSiAN Airborne troops, RUSSiAN AeroSpace Forces, RUSSiAN Navy,
Svetlana Skvortsova, TraNSNistria, Vladimir mirovich PUtiN,
RUSSiAN military, RUSSiAN political camp, Vladimir plahotNiUC,
Armed Forces of the Republic of moldova, YeVgeNiy
Alexandrovich GriNiN, (SIS), BoriS LivShitS, ANatoliy
Sergeyevich KovaleV

(1-1)

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                      _____

Street Address            _____

City and County           _____

State and Zip Code        _____

Telephone Number          _____

E-mail Address            _____

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                      DANiel MillMAN

Job or Title              (MY FoRmer AttoRNeY mY FatheR Hired)
(if known)

Street Address            _____

City and County           _____

State and Zip Code        _____

Telephone Number          _____

E-mail Address            _____
(if known)

Defendant No. 2

Name                      ILONA Mashayeva

Job or Title              1st & SecoNd FLooR
(if known)

Street Address            144-01 JeweL Ave

City and County           FlUShiNg, USA, 11367

(2)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                     _____

Street Address           _____

City and County          _____

State and Zip Code       _____

Telephone Number         _____

E-mail Address           _____

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                     Helga Schmid

Job or Title             OSCE Secretary General
(if known)

Street Address           WallnerStrasse 6, Vienna

City and County          Vienna, Vienna 1010, AT

State and Zip Code       _____

Telephone Number         _____

E-mail Address           _____
(if known)

Defendant No. 2

Name                     Igor Dodon

Job or Title             Pro Russian- Ex president of Moldova
(if known)

Street Address           51/10 O.Stozhenka

City and County          Moscow, Russia

(2-1)

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____

(if known)

Defendant No. 3

    Name      David Radelescu

    Job or Title

    (if known)

    Street Address City      41 Woodland Road

    and County State      USA, NY

    and Zip Code      11576

    Telephone Number

    E-mail Address

    (if known)

Defendant No. 4

    Name      Eduard Pinkhasov

    Job or Title      Irina Rose Pinkhasov's Father

    (if known)

    Street Address City      144-01 Jewel Ave (1st + 2nd Floor)

    and County State      USA, NY

    and Zip Code      11367

    Telephone Number      602-896-1111

    E-mail Address

    (if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

State and Zip Code      119034

Telephone Number

E-mail Address

(if known)

Defendant No. 3

     Name      Mehrdad Sadigh

     Job or Title

     (if known)

     Street Address City      41 Forest Row, Great Neck

     and County State      USA NY

     and Zip Code      11415

     Telephone Number

     E-mail Address

     (if known)

Defendant No. 4

     Name      Matthew Bogdanos

     Job or Title

     (if known)

     Street Address City      1 Hogan place, NY

     and County State      USA NY

     and Zip Code      11415

     Telephone Number

     E-mail Address

     (if known)

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

(3-1)

State and Zip Code _____

Telephone Number _____

E-mail Address _____

(if known)

Defendant No. 3

Name _Sergei Shoigu_

Job or Title _Ministry of Defense of the Russian_

(if known) _Federation_

Street Address City _Znamenka Street, 19_

and County State _Russia, Moscow_

and Zip Code _114160_

Telephone Number _____

E-mail Address _____

(if known)

Defendant No. 4

Name _Strategic Missile Troops_

Job or Title _____

(if known)

Street Address City _23 Vlitsa Ilyinka_

and County State _Moscow, Russia_

and Zip Code _103132_

Telephone Number _____

E-mail Address _____

(if known)

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

(3 - 2)

Defendant No._____

Name __RUSSIAN INTELLIGENCE AGENCIES__

Job or Title_____

 (if known)

Street Address __23, Ulitsa Ilyinka__

City and County __MOSCOW, RUSSIA__

State and Zip Code __103132__

Telephone Number_____

E-mail Address_____

(if known)


Defendant No._____

Name __RUSSIAN Airborne Troops__

Job or Title_____

 (if known)

Street Address __23, Ulitsa Ilyinka__

City and County __Moscow, Russia__

State and Zip Code __103132__

Telephone Number_____

E-mail Address_____

(if known)


Defendant No._____

Name __RUSSIAN Aerospace Forces__

Job or Title_____

 (if known)

Street Address __Kolymazhnyy pereulok 14__

City and County __Moscow, Russia__

State and Zip Code_____

Telephone Number_____

E-mail Address_____

(if known)


(3-3)

Defendant No.

Name     RUSSIAN NAVY

Job or Title *(if known)*

Street Address     23 Ulitsa IIYiNKA

City and County     Moscow, Russia

State and Zip Code     103132

Telephone Number

E-mail Address *(if known)*


Defendant No.

Name     Svetlana Skvortsova

Job or Title *(if known)*

Street Address     1 Admiralty Road

City and County     St Petersburg, Russia

State and Zip Code

Telephone Number

E-mail Address *(if known)*


Defendant No.

Name     Transnisthia (unrecognized Breakaway State)

Job or Title *(if known)*

Street Address     23 Ulitsa IIYiNKA

City and County     Moscow, Russia

State and Zip Code     103132

Telephone Number

E-mail Address *(if known)*


Defendant No.

Name     Vladimir Mitovich Putin

Job or Title *(if known)*

Street Address     23, Ulitsa IIYiNKa

City and County     Moscow, Russia

State and Zip Code

Telephone Number

E-mail Address *(if known)*


(3-4)

Defendant No.

Name ___RUSSIAN military___

Job or Title *(if known)* _____

Street Address ___23 ulitsa Ilyinka___

City and County ___Russia, Moscow___

State and Zip Code ___70'312___

Telephone Number _____

E-mail Address *(if known)* _____

Defendant No.

Name ___Russian political Camp___

Job or Title *(if known)* ___Chisnau___

Street Address ___Znamenka   19___

City and County ___Russia, Moscow___

State and Zip Code ___302520___

Telephone Number _____

E-mail Address *(if known)* _____

Defendant No.

Name ___Vladimir plahotniuc___

Job or Title *(if known)* ___Former gov official___

Street Address ___5 street, mary's terrace,___

City and County ___London, 'UK   W2   1JU___

State and Zip Code _____

Telephone Number ___(only 1 address listed) "personal Appts"___

E-mail Address *(if known)* _____

Defendant No.

Name ___Armed Forces of the Republic of___

Job or Title *(if known)* ___Moldova___

Street Address ___5 St. mary's terrace___

City and County ___London, UK   W2   1JU___

State and Zip Code _____

Telephone Number _____

. E-mail Address *(if known)* _____

(3-5)

Defendant No.

Name                          Yevgeniy Alexandrovich Ghinin
Job or Title *(if known)*     (FBI's most wanted)
Street Address                UNKNOWN
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No.

Name                          SIS of the Republic of
Job or Title *(if known)*     Moldova
Street Address                166, Stefan Cel Mare bd.
City and County               MD-2004, Chisinau mun
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No.

Name                          Boris Livshits
Job or Title *(if known)*     (FBI's most Wanted)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No.

Name                          Anatoliy Sergeyevich Kovalev
Job or Title *(if known)*     Ministry of Defense of the Russian Federation
Street Address                Znamenka Street 19
City and County               Moscow, Russia
State and Zip Code
Telephone Number
E-mail Address *(if known)*

(3-6)

Defendant No.

    Name        Anita Torbatian

    Job or Title *(if known)*

    Street Address     7A Orchard Beach Rd.

    City and County    Port Washington, NY

    State and Zip Code

    Telephone Number    516-639-6923

    E-mail Address *(if known)*

Defendant No.

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No.

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No.

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

(3-7)

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.      **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____All Statutes have been Broken,_____

_____

_____

B.      **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or is a citizen of (foreign nation)* _____.

(4)

b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

I'm asking the court to reward me an amount of costs that will cover damages, pain + suffering, an amount (See Attached)

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I, (Jillbett Saligh) am entitled to the relief of damages done because what has been done was and is intentional towards myself, my daughter Irina R. Pinkhasov and my boyfriend (twin flame) Dt, Daniel Gibok Kyung. (See attached)

5 - 1

3. for What my daughter has been through/going through, and for What the Defendants have caused to my boyfriend (Abducted) Dr. Daniel KYUNG and I (over politics and power)

III. My mother Anita Torbatian has neglected me since I was a child. She and my father Mehrdad Sadigh made a "Deal" With the Defendants listed in this Complaint. She caused my daughter, boyfriend and I (ongoing) daily 24/7 suffering, endangerment, illnesses and my father is responsible for what has been done as Well. (Daniel) Millman (Former Attorney) was hired to represent me in Queens Family Court to "trick me" and fool me in what these Defendants have been plotting for years. Iona Mashexeva (Svetlana skvortsova) is one of Eduard Pinkhasov's girlfriends and FBI's most wanted. She is involved in NY/ U.S.'s stolen equipment along With Boris Livshits, Alexandrovich Ghinin. They are FBI's most wanted. These Defendants (Foreign) had/have ties With gov officials here in the U.S. (especially NY) my daughter was temporarily removed (until today) since 2022 due to their plotting and Negligence. Helga Schmid is involved in these Foreign Defendants' plotting and Negligence (still occurring) and as well to our country (U.S.A.) Igor Dodon is FBI's most wanted and is involved in harming my daughter (having her slapped, choked, harmed, raped) in Brooklyn in November 2022 (I have photos, witnesses, video recordings) He is also responsible for the Abduction of Daniel (5-2) (and mine almost) because I got away more than once.

David Radetescu is our Former Neighbor in Roslyn (My Family) I used to babysit his children. I have evidence of Military/Army light towers and he is involved (buisness) with LED lights. I have also seen (online) a familiar individual who is tied to these defendants when I searched David's name. I had asked his wife Robyn Radetescu for help by text in whats been going on because I've been alone at my residence and everyone has stopped associating with me because they are scared. She didn't answer me. Robyn and I are not on bad terms and we never were. Vladimir Mirovich Putin is involved with what is going on in th U.S.A, to my daughter, my boyfriend, Me (and partners with the FBI's most wanted) along with the other Foreign defendants. I have evidence of U.S. Camoflauge, Camoflauge in (general) since these Foreign Defendants have stolen U.S. equipment and are using it with theirs as well overall. I have evidence of our people of (NY) being cloned. I bought a thermal camera, which shows it. I have several videos and evidence of photos and videos of camoflauge, photos. Photos of a Drone (along with 2 individuals) controlling/monitoring the equipment/etc. I was illegally injected and poisoned at Jamaica Hospital when they were outside. The photo of the Drone I have, is supposed to be in a museum. Alexandrovich Grinin and Boris Livshits had my daughter in their Car. along with My boyfriend and Father Mehrdad Sadigh. I took videos and photos. No one has been of assistance. Igor Dodon is Sergei Shoigu's "Silent Alley" and Mr. Shoigu is in NY, USa. I have evidence of Igor Dodon being here when he was not allowed to travel. I have photos of (mr. shoigu) at the same location of my daughter's father Eduard Pink Lazov during (March, 2023), Moldova is involved in this Political Crime/Negligence and corruption to NY and our country.    (53) CONTINUATION

Vladimir Plahotniuc and Vladimir Mirovich Putin are the ones who direct and manage "Transnistria" and this "State" has no exact address. Vladimir Putin speaks about clones and creating an army of 3,000-old Scythian warriors. I have an article of his "Warrior Plan" I also would like to add than I have an article which proves/shows that I got Dodon was prohibited to travel in November, 2023, I have evidence of high unsafe radiation (past) 0.04. I have evidence of them "Czar of NY" reflecting Mr. Pinkhasov onto me (I captured this from my thermal camera) It's been impossible without the thermal camera. (I have photos and videos, I have cancer, a blood disorder and damage from Re-occurring sepsis. These Defendant are the cause to the illnesses (suffered) prior to when my daughter was home with me and illnesses suffered from (presently) I have been rejected treatments hung up on, received a letter from where my boyfriend worked, (New York Cancer and Blood Specialists, stating that I could no longer make appointments. My boyfriend was my doctor prior being abducted. Matthew Bogdanos (A.D.A) prosecuted my father's Case in Manhattan (Sadigh Gallery) for selling fake artifacts. Mr. Bogdanos served in the military and has ties with Russia. Mr. Shoigu and Putin have been speaking about nuclear transfers + DNA with Human Clones. I have evidence of "the blank templates" and nucleus being swapped from when my daughter, boyfriend, and father were in Mr. Ghinin and Mr. Livshits's vehicle this year (2023) I have photos and videos of them swapping each of them one at a time (and my daughter) in the back with her arm up. Ms. Helga is from and (In Germany) from what "is shown". The following are and should be held responsible as well (Stratgic Missile troops, Russian Intelligence Agencies, Russian "Airborne" Troops, Russian Aerospace Forces, Russian Navy

(5-4) (Continuation)

RuSSIAN military _____, RuSSIAN political camp, and Armed Forces
of the Republic of moldova.

5-5 (CONTINUATION)

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am respectfully asking the court to order assistance for my daughter and boyfriend to get back home safely, I'm unsure if my daughter is alive, I've not spoken to her for about a month (or less) because of the situation. These defendant have cost damage to health (see attached)

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _may 15_, 20_23_

Signature of Plaintiff          _Jill Sadigh_

Printed Name of Plaintiff        _Jillbert Sadigh_

IV. (CONTINUATION)

These Defendants are responsible for two car accidents, and Healthcare Fraud as well (Fake treatments) I was receiving at a medical center in Richmond Hill, Queens. NY. The Attorney my mother chose for one of the car accidents. Sent me to a medical center Eduard's friends "own" under the table/part own. Their names are Artur Mamonov and Boris Davydov. Health was never an issue prior to the plotting from these defendants, except from Neglect as a young girl from my parents (Medicaid) and abuse from Eduard (when We were together) I left Eduard over 6 years ago. I am unsure of the amounts due to these defendants controlling my phone illegally (as well as others in the U.S.) "Their ties" or associates, etc here in the U.S. I am aware of the damages and relief being ($1 Billion) minimum.

(6-1)