UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JILLBERT SADIGH,

        Plaintiff,                JUDGMENT
   v.                                 23-CV-3247 (RPK) (RML)

VLADIMAR MIROVICH PUTIN, et al.,

        Defendants.
------------------------------------------------------------ X
JILLBERT SADIGH,

        Plaintiff,                23-CV-3615 (RPK) (RML)
   v.

IGOR DODON, et al.,

        Defendants.
------------------------------------------------------------ X
JILLBERT SADIGH,

                                  23-CV-3847 (RPK) (RML)
        Plaintiff,

   v.

THE UNITED STATES OF AMERICA, et al.,

        Defendants.
------------------------------------------------------------ X

       An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on September 26, 2023, directing Plaintiff to file an amended complaint within 30 days; an Order having been filed on October 26, 2023 extending the deadline to November 9, 2023; and an Order having been filed on November 28, 2023, dismissing this action; and directing the Clerk of Court to enter judgment; it is

ORDERED and ADJUDGED that this action is dismissed.

| | |
|---|---|
| Dated: Brooklyn, NY<br>November 29, 2023 | Brenna B. Mahoney<br>Clerk of Court<br><br>By: */s/Jalitza Poveda*<br>Deputy Clerk |